UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

NICHOLAS DAVID PUTIKKA and
SHANNON JO PUTIKKA,

Debtors.

BKY 14-60020

ORDER

_____

At Minneapolis, Minnesota, May 27, 2014.

This matter came before the Court on the motion of Wells Fargo Bank, N.A. (Movant) seeking relief from the automatic stay of 11 U.S.C. § 362(a). The Chapter 7 trustee did not oppose the motion. Based upon the files and records herein, the Court now finds that cause exists entitling Movant to the requested relief as to the interest of the estate, but that the motion is moot as to Debtors, the automatic stay having terminated upon entry of Debtors' discharge on April 28, 2014. *See* 11 U.S.C. § 362(c)(2)(C).

IT IS ORDERED that the automatic stay of 11 U.S.C. § 362(a) is immediately terminated as to the estate's interest in the property as to Movant; and, Movant is hereby authorized to enforce its remedies pursuant to nonbankruptcy law regarding that certain Mortgage dated March 27, 2009, filed for record in the office of the County Recorder, in and for Stearns County, Minnesota, on April 6, 2009, and recorded as Document No. 1283175 and covering real property located in Stearns County, Minnesota, which is legally described as follows:

> Lot 4, except the West 160 feet thereof, Block 1, Grand Estates, according to the plat and survey thereof on file and record in the office of the County Recorder in and for Stearns County, Minnesota. Subject to restrictions, reservations and easements of record, if any. Abstract property.

and more commonly known as 11498 230th Street, Cold Spring, MN 56320.

Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

*/e/ Michael E. Ridgway*
_____
Michael E. Ridgway
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/27/2014*
Lori Vosejpka, Clerk, by SS